■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELIJAH W. ADAMS, Appellant. (Appeal No. 2.) [3 NYS3d 700]— Appeal from a judgment of the Monroe County Court (Vincent M. Dinolfo, J.), rendered February 24, 2011. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Adams* ([appeal No. 1] 126 AD3d 1405 [2015]). Present—Centra, J.P., Peradotto, Lindley and DeJoseph, JJ.